IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER MOUNT ZION BAPTIST CHURCH, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-3921 |
| HARRY BLAKER and UNION INSURANCE CO., | § § § § | |
| Defendants. | § | |

**ORDER**

This case was abated on February 14, 2011 until 60 days after the plaintiff provides written notice to the defendants as required by the Texas Insurance Code § 541.154. The plaintiff has filed nothing since this case was removed. This case is administratively closed, without prejudice. The case may be reinstated to this court's active docket no later than June 30, 2011, on a showing that the plaintiff submitted written notice satisfying the Texas Insurance Code at least 60 days earlier. If the plaintiff fails to make that showing, this case will be dismissed with prejudice without further notice to the parties.

SIGNED on March 11, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge